GENERAL TECHNOLOGY APPLICATIONS, INC.,
Plaintiff–Appellee,

v.

CONOCO, INC., and Conoco Specialty Products, Inc., Defendants–Appellants.

No. 00–1397.

United States Court of Appeals,
Federal Circuit.

Sept. 19, 2001.

Before MICHEL and CLEVENGER, Circuit Judges, FRIEDMAN, Senior Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.